ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Colonna's Shipyard, Inc.                             )   ASBCA No.        62212
                                                     )
Under Contract No.     N50054-17-C-0007              )

APPEARANCES FOR THE APPELLANT:          J. Travis Pittman, Esq.
                                        Chidinma P. Okogbue, Esq.
                                          Holmes Pittman & Haraguchi, LLP
                                          Washington, DC


APPEARANCES FOR THE GOVERNMENT:         Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Brian S. Smith, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 13, 2020


CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62212, Appeal of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:  July 14, 2020


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals